# 2:16-cv-00478-MHT-CSC

## Stamps v. United States of America

# STRICKEN as erroneous docket entry.